[No. 8668–2–III.   Division Three.   November 19, 1987.]

WILLIAM F. SINNOTT, *Appellant,* v. SKAGIT VALLEY COLLEGE, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 85–2–00112–8, Walter J. Deierlein, Jr., J., entered September 20, 1985. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J. Now published at 49 Wn. App. 878.

[No. 19262–1–I.   Division One.   November 23, 1987.]

*In the Matter of* S.S.

SHARON S., *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–7–00693–7, Frank J. Eberharter, J., entered August 28, 1986. *Reversed* by unpublished per curiam opinion.

[No. 16851–7–I.   Division One.   November 23, 1987.]

*In the Matter of the Marriage of* LYNN BRUCE MORRIS, *Respondent, and* RICHARD RANDALL MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–3–05300–9, James A. Noe, J., entered June 28, 1985. *Affirmed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Mattson and Walterskirchen, JJ. Pro Tem.